# GARVEY TIRELLI & CUSHNER LTD.

50 MAIN STREET, SUITE 390 • WHITE PLAINS, NEW YORK 10606
PHONE (914) 946-2200 • FAX (914) 946-1300 • www.theGTCFirm.com

Lawrence A. Garvey*
Linda M. Tirelli**
Todd S. Cushner***
Dana S. Chrisomalis***

*Admitted CT, NY, USDCT, SDNY and EDNY
**Admitted CT, USDCT, SDNY and EDNY
***Admitted NY, NJ, USDNJ, SDNY and EDNY

January 28, 2014

Honorable Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY  10601

RE:  Christopher & Sherry Savoury  - 12-22576
Savoury, et al v. Ocenfirst Bank – 13-08226

Dear Judge Drain,

Please note that with consent of the Chapter 13 Trustee all matters in the above case have been adjourned from January 29, 2014 to March 12, 2014 at 10:00 a.m.

Respectfully yours,

/s/Linda Tirelli
Linda Tirelli, Esq.

LT

CC: Cara Goldstein, Esq. via ECF
    Ronald Terenzi, Esq. via ECF
    Jeffrey L. Sapir, Esq. via ECF